**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | **2:11-mj-803-CWH** |
| ) | |
| DAVID MARK ERICKSON, ) | |
| Defendant, ) | |

**ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, the Federal Public Defender was appointed as counsel for the above-named defendant at the Initial Appearance hearing held on December 23, 2011.

Based upon a review of the defendant's financial affidavit and other relevant inquiry, the Court finds that the defendant possesses financial resources sufficient to bear some of the cost of his representation, i.e., funds are available from or on behalf of the defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation. Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

IT IS ORDERED that the defendant shall reimburse the Treasury of the United States at the rate of $400.00 per month for the cost of her representation until the case has concluded. The first payment of **$400.00,** payable to the **Clerk of the Court**, for deposit in the Treasury, **is due not later than January 1, 2012, and shall be due on the first day of each month thereafter until the conclusion of the case.**

Dated this 23rd day of December, 2011.

_____
C. W. HOFFMAN, JR.
**UNITED STATES MAGISTRATE JUDGE**

- 2 -