UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-1-LRH-PAL |
| Plaintiffs, | MINUTES OF COURT |
| vs. | DATE: 6/20/12 |
| DAVID MARK ERICKSON, | |
| Defendants. | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete          Reporter: Donna Davidson
Counsel for Plaintiff:  Nancy Koppe and James McGehee, Certified Law Clerk
Counsel for Defendant: Edward M. Robinson and Matthew M. Horeczko

MINUTES OF JURY TRIAL:  (Day1)

9:00 a.m. Court convenes outside the presence of prospective jurors.  The Court and counsel confer.  Mr. Robinson has no objection to the Government's Motion in Limine to Admit Evidence [32], in Government's exhibit 10.

9:15 a.m. 56 prospective jurors are present. Voir dire oath is administered and 31 prospective jurors are seated;  Counsel introduce themselves and the parties at counsel table to the prospective jurors. Voir dire proceeds.

10:34 a.m. The prospective jurors are admonished and excused. Court stands at recess.

10:58 a.m. Court reconvenes.  All prospective jurors are present, voir dire continues.

12:18 p.m. The prospective jurors are admonished and excused for lunch.

Outside the presence of the prospective jurors the Court and counsel confer regarding further voir dire.  All counsel are satisfied with the voir dire questioning.

Jury is passed for cause.  Counsel exercise peremptory challenges outside the presence of the jury.
Jury is impaneled.

12:39 p.m.  Court stands at recess.

USA v. David Mark Erickson
2:12-cr-1-LRH-PAL
Jury Trial Day 1
Page 2
_____/

1:50 p.m.  Court reconvenes in the presence of the prospective jurors.  The Court explains the peremptory challenge process to the prospective jurors on the record.  Jury is impaneled and sworn.  The Court excuses the remaining prospective jurors.  The Court instructs the jury on the order of trial proceedings.

Opening statements are presented.

Detective Wayne Nichols is called on behalf of the Government, is sworn and testifies on direct examination by Ms. Koppe.  Exhibit 1 is marked and offered into evidence.  No objection.  Exhibit 1 is admitted and published to the jury.  Government's exhibit 3 is marked and offered into evidence. No objection. Exhibit 3 is admitted and published to the jury. Government's exhibit 6b is marked and offered into evidence. No objection. Exhibit 6b is admitted and published to the jury.  Government's exhibit 6a is marked and offered into evidence.  No objection.  Exhibit 6a is admitted and published to the jury. Government's exhibit 4 is marked and offered into evidence. Exhibit 4 is admitted and published to the jury.

3:38 p.m. The jury is admonished and excused.  Court stands at recess.

3:55 p.m. Court reconvenes. All parties and jury are present.

Detective Wayne Nichols resumes the witness stand and continues testimony on direct examination by Ms. Koppe.  Government's exhibit 5 is marked and offered into evidence.  No objection.  Exhibit 5 is admitted and published to the jury. Government exhibit 7 is marked and offered into evidence. No objection. Exhibit 7 is admitted.  Government's exhibit 8 is marked and offered into evidence. No objection. Exhibit 8 is admitted.  Government's exhibit 10 is marked and offered into evidence.  No objection.  Exhibit 10 is admitted.  Government's exhibit 9a (tape recording) is marked and offered.  No objection.  Exhibit 9a is admitted.  Exhibit 9b is marked (transcript of recording). Ms. Koppe requests that the transcript be used while the tape is being played to the jury for assistance purposes only.  Defense counsel does not object providing the Court issue special instruction regarding the transcript.  The Court instructs the jury regarding the transcript.  (The tape recording is played in open court.) Government's Exhibit 8b-d is marked and offered into evidence.  No objection.  Exhibit 8b-d is admitted and published to the jury.

4:55 p.m. The jury is admonished and excused.

Outside the presence of the jury the Court addresses counsel regarding the schedule for tomorrow.

IT IS ORDERED this trial is continued to Thursday, 6/21/12 at 8:30 a.m.

5:00 p.m. Court adjourns.

                                                                        LANCE S. WILSON, CLERK

                                                                       By:     Dionna Negrete
                                                                             Deputy Clerk